# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JUDY KIRKBRIDE, PATRICA BERGER, MELODY MACKERT and BEETA LEWIS, individually and on behalf of all others similarly situated, <br><br>        Plaintiffs, <br><br> vs. <br><br> THE KROGER CO., <br><br>        Defendant. | Case No. 2:21-cv-00022-ALM-EPD <br><br> Chief Judge Alegenon L. Marbley <br> Magistrate Judge Elizabeth Deavers |

## PLAINTIFFS' RENEWED MOTION
## TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES

On July 26, 2022, Plaintiffs filed their Motion to Strike Defendant's Affirmative Defenses, which has been fully briefed by the parties but not yet decided. Dkt. Nos. 45, 48-49. On January 23, 2023, Defendant filed an Amended Answer, but did not amend its affirmative defenses. Dkt. No. 55. To account for the possibility that the filing of Defendant's Amended Answer moots Plaintiffs' pending Motion to Strike, notwithstanding the lack of amendments to the affirmative defenses, Plaintiff renews the Motion to Strike as to the affirmative defenses alleged in Amended Complaint. All of the arguments made in the prior briefing apply equally to the affirmative defenses alleged in the Amended Complaint, and Plaintiffs incorporate those arguments with respect to this renewed motion. Therefore, for the reasons set forth in the previously filed memorandum and reply brief (Dkt. Nos. 45, 49), Plaintiffs move, pursuant to Fed. R. Civ. P. 12(f), to strike from Defendant's Amended Answer, Affirmative Defense Nos. 1-8 and 10, as well as footnote 2 purporting to reserve additional defenses.

Respectfully submitted,

Dated: January 24, 2023

*/s/ Scott D. Simpkins*
Scott D. Simpkins (0066775)
**CLIMACO WILCOX PECA &
GAROFOLI CO., LPA**
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632
sdsimp@climacolaw.com

Joshua D. Arisohn (admitted *pro hac vice*)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com

Joel D. Smith (admitted *pro hac vice*)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This certifies that all counsel of record were served via the Electronic Case Filing ("ECF") System on January 24, 2023.

*/s/ Scott D. Simpkins*
Scott D. Simpkins (0066775)
