**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JUDY KIRKBRIDE, PATRICIA BERGER, MELODY MACKERT and BEETA LEWIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE KROGER CO.,<br><br>Defendant. | Case No 2:21-cv-00022-ALM-EPD<br><br>Chief Judge Algenon L. Marbley<br>Magistrate Judge Elizabeth P. Deavers |

**JOINT STIPULATION REGARDING WRITTEN DISCOVERY DEADLINES**

Plaintiffs Judy Kirkbride, Patricia Berger, Melody Mackert and Beeta Lewis (Plaintiffs) and The Kroger Co. (Defendant, collectively the Parties) jointly stipulate as follows regarding written discovery deadlines pursuant to Federal Rules of Civil Procedure 6, 29(b), 33(b)(2) and 36(a)(3).

On April 20, 2023, Plaintiffs served their First Set of Requests for Admission and their First Set of Interrogatories on Defendant. Defendant's objections and responses to those Requests for Admission and Interrogatories are currently due to be served on May 22, 2023.

Pursuant to Federal Rules of Civil Procedure 29(b), 33(b)(2) and 36(a)(3), the Parties hereby stipulate to Defendant having an additional fourteen (14) days to serve its objections and responses to Plaintiffs' Requests to Admit and Interrogatories. The parties stipulate that Defendant's objections and responses to Plaintiffs' Requests to Admit and Interrogatories are now due June 5, 2023.

Date: May 19, 2023

| | |
|---|---|
| */s/Scott D. Simpkins* | */s/Robert N. Webner* |
| Scott D. Simpkins (0066775)<br>CLIMACO WILCOX PECA & GAROFOLI CO., LPA<br>55 Public Square, Suite 1950<br>Cleveland, Ohio 44113<br>Telephone: (216) 621-8484<br>Facsimile: (216) 771-1632<br>sdsimp@climacolaw.com | Nathaniel Lampley Jr. (BPR #0041543)<br>(NLampley@vorys.com) (trial attorney)<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>301 East Fourth Street, Suite 3500<br>Cincinnati, OH 45202<br>Telephone: (513) 723-4616<br>Facsimile: (513) 852-7869 |
| Joshua D. Arisohn (pro hac vice)<br>BURSOR & FISHER, P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-Mail: jarisohn@bursor.com | Robert Webner (BPR #0029984)<br>(rnwebner@vorys.com)<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>Telephone: (614) 464-6400<br>Facsimile: (614) 464-6350 |
| Joel D. Smith (pro hac vice)<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: jsmith@bursor.com | Frederick Robinson (*pro hac vice*)<br>(frobinson@reedsmith.com)<br>Selina Coleman (*pro hac vice*)<br>(scoleman@reedsmith.com)<br>Andrew Lu (*pro hac vice*)<br>(andrew.lu@reedsmith.com)<br>REED SMITH LLP<br>1301 K Street, N.W.<br>Suite 1000 – East Tower<br>Washington, D.C. 20005<br>Telephone: (202) 414-9200<br>Facsimile: (202) 414-9299 |
| **ATTORNEYS FOR PLAINTIFFS** | Michael S Leib (pro hac vice)<br>(mleib@reedsmith.com)<br>REED SMITH LLP<br>10 S. Wacker Drive, Suite 4000<br>Chicago, IL 60606<br>Telephone: (312) 207-1000<br>Facsimile: (312) 207-6400<br><br>**ATTORNEYS FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

This certifies that all counsel of record were served via the Electronic Case Filing ("ECF") System on May 19, 2023.

/s/Robert N. Webner