# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JUDY KIRKBRIDE,** *et al.*,

    **Plaintiffs,**

vs.

**THE KROGER CO.,**

    **Defendant.**

Case No. 2:21-cv-22
Chief Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

## ORDER

Plaintiff has filed an unopposed Motion seeking to dismiss without prejudice, pursuant to Federal Rule of Civil Procedure 21, Plaintiff Patricia Berger's claims against The Kroger Co. (ECF No. 67.)  The Motion is **GRANTED** and Plaintiff Patricia Berger's claims against The Kroger Co. are **DISMISSED** without prejudice.  (ECF No. 67.)

    IT IS SO ORDERED.


**DATED:  January 3, 2024**

*/s/ Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**