IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE: Reassignment of Cases to the Docket of
District Judge Douglas R. Cole

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Douglas R. Cole.

IT IS SO ORDERED.

October 2, 2026
DATE

Honorable Sarah D. Morrison
Chief Judge United States District Court

| Case Number | Case Title |
|---|---|
| 2:21-cv-00022-ALM-SCS | Kirkbride v. The Kroger Co. |
| 2:23-cv-01254-ALM-KAJ | Hawkins III v. Southeastern Correctional Institution |
| 2:23-cv-04125-ALM-KAJ | Sow v. Sysco Corp et al |
| 2:24-cv-00165-ALM-CHG | Wood v. Chambers-Smith et al |
| 2:24-cv-02146-ALM-SCS | Aarnes v. Ohio State University et al |
| 2:24-cv-03081-ALM-KAJ | Oxley v. Sarica Manufacturing Co., Ltd. et al |
| 2:24-cv-04185-ALM-SKB | King v. Warden, Warren Correctional Institution et al |
| 2:24-cv-04202-ALM-SCS | Gibbs v. Amazon.com Services LLC |
| 2:25-cv-00272-ALM-CMV | Dummen NA, Inc. v. Nation Union Fire Insurance Company of Pittsburgh, PA et al |
| 2:25-cv-00275-ALM-SCS | Sapp v. Knox Community Hospital |
| 2:25-cv-00400-ALM-SCS | Washburn v. CPS Solutions, LLC |
| 2:25-cv-00617-ALM-CMV | Kalmbach Feeds, Inc. v. Purina Animal Nutrition LLC et al |
| 2:25-cv-00645-ALM-CMV | The Huntington National Bank v. GGF, Inc. |
| 2:25-cv-00647-ALM-CMV | The Huntington National Bank v. GPEX LLC |
| 2:25-cv-00689-ALM-KAJ | The Huntington National Bank v. Secure Assets, Inc. et al |
| 2:25-cv-00716-ALM-CMV | Leonard v. Winn Winn LLC et al |
| 2:25-cv-00757-ALM-CMV | Rudolph v. Harrison Metropolitan Housing Authority et al |
| 2:25-cv-00790-ALM-SKB | Kennedy v. C. Stack - Investigator et al |
| 2:25-cv-00966-ALM-SCS | Kiavi Funding, Inc. v. Strategically Acquiring Property, LLC et al |
| 2:25-cv-00967-ALM-SCS | U.S. Bank National Association v. Strategically Acquiring Property, LLC et al |
| 2:25-cv-01027-ALM-MRM | Watson v. Warden Belmont Correctional Institution |
| 2:25-cv-01166-ALM-SKB | Durant v. Commissioner of Social Security |
| 2:25-cv-01196-ALM-SKB | Carpenter v. Commissioner of Social Security |
| 2:25-cv-01243-ALM-SCS | Livingston v. The Community Bank et al |
| 2:25-cv-01334-ALM-KAJ | Rankin v. Coulter Ventures LLC et al |
| 2:25-cv-01337-ALM-CMV | Estep v. A1 Development, LLC |
| 2:25-cv-01354-ALM-SCS | Braima v. CXLoyalty LLC J.P. Morgan Chase & Co. |
| 2:25-cv-01355-ALM-CMV | Beachler v. Winn Winn LLC et al |
| 2:25-cv-01421-ALM-SKB | Finnell v. Roberson et al |
| 2:25-cv-01501-ALM-SKB | Carpenter v. Commissioner of Social Security |
| 2:26-cv-00046-ALM-KAJ | Sanchez v. Complete Credit Solutions, Inc. et al |
| 2:26-cv-00141-ALM-SCS | Brightwell v. Franklin County Ohio et al |
| 2:26-cv-00143-ALM-KAJ | Moultrie v. Huspaska et al |
| 2:26-cv-00153-ALM-CMV | Price v. Commissioner of Social Security |
| 2:26-cv-00205-ALM | Rudolph v. Cedar One Properties Ltd/Cedar One Realty |
| 2:26-cv-00239-ALM-SCS | Caples v. Columbus Metropolitan Housing Authority et al |
| 2:26-cv-00267-ALM-SCS | Mason v. Hercules Industries, Inc. |
| 2:26-cv-00273-ALM-CMV | Allnutt v. Commissioner of Social Security |

| | |
|---|---|
| 2:26-cv-00275-ALM-CHG | Wood v. Venable et al |
| 2:26-cv-00310-ALM-KAJ | Campbell v. JPMorgan Chase and Company |
| 2:26-cv-00340-ALM-SCS | Central Midwest Regional Council of Carpenters Welfare Fund v. The Kroger Co. |
| 2:26-cv-00414-ALM-SCS | Haynes v. Behavioral Healthcare Partners of Central Ohio, Inc. |
| 2:26-cv-00434-ALM-CMV | Layne v. JSET Automated Technologies, LLC |
| 2:26-cv-00506-ALM-CMV | Anderson v. J. Bradley, LLC |
| 2:26-cv-00520-ALM-SCS | Freed v. City of Belpre, Ohio et al |
| 2:26-cv-00579-ALM-KAJ | Robinson v. BRS Field Ops, LLC. et al |
| 2:26-cv-00635-ALM-CMV | Spears v. Schindler Elevator Corporation et al |
| 2:26-cv-00636-ALM-SCS | Struckman v. City of Columbus et al |
| 2:26-cv-00667-ALM-SCS | Clark v. Allstate Vehicle and Property Insurance Company |
| 2:26-cv-00686-ALM-KAJ | McGill v. Twin Angels Home Care, LLC et al |
| 2:26-cv-00696-ALM-CMV | Swetnam v. Walmart Associates, Inc. |
| 2:26-cv-00773-ALM-CMV | Nichols v. Astrazeneca Pharmaceuticals LP et al |
| 2:26-cv-00797-ALM-SCS | Shaw v. Commissioner of Social Security |
| 2:26-cv-00821-ALM-CMV | Lemaster v. Warden, Marion Correctional Institution |
| 2:26-cv-00858-ALM-CMV | Robinson v. Commissioner of Social Secuity |
| 2:26-cv-00867-ALM-SCS | Kofi Andoh-Andrews et al v. Blanche et al |
| 2:26-cv-00887-ALM-SCS | Morgan v. U.S. Hotel OSP Ventures, LLC et al |
| 2:26-cv-00926-ALM-PBS | Bender v. Warden Noble Correctional Institution |
| 2:26-cv-00978-ALM-KAJ | Pietrowski v. Quantum Health, Inc. |
| 2:26-cv-00983-ALM-SCS | Goldenberg v. Quantum Health, Inc. |
| 2:26-cv-00989-ALM-SKB | Hutton v. Clark |
| 2:26-cv-01000-ALM-KAJ | Malone v. Quantum Health, Inc. |
| 2:26-cv-01024-ALM-KAJ | Crowter v. Quantum Health, Inc. |
| 2:26-cv-01036-ALM-SCS | Murphy vs Powers Friedman |
| 2:26-cv-01044-ALM-KAJ | Dean et al v. Quantum Health, Inc. |
| 2:26-cv-01048-ALM-KAJ | Copas v. Baldwin et al |
| 2:26-cv-01068-ALM-KAJ | Lacey v. Quantum Health, Inc. |
| 2:26-cv-01078-ALM-KAJ | Whitten v. Quantum Health, Inc. |
| 2:26-cv-01083-ALM-CMV | Tyler v. Pixelle Specialty Solutions LLC |
| 2:26-cv-01091-ALM-KAJ | Parker v. Quantum Health, Inc. |
| 2:26-cv-01095-ALM-KAJ | Ta v. Quantum Health, Inc. |