**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JUDY KIRKBRIDE and BEETA LEWIS, individually and on behalf of all others similarly situated, | ) | Case No. 2:21-cv-00022-DRC-SCS |
| | ) | |
| Plaintiffs, | ) | Chief Judge Douglas R. Cole |
| | ) | Magistrate Judge S. Courter Shimeall |
| vs. | ) | |
| | ) | |
| THE KROGER CO., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Consistent with Local Rule 83.4(b), Defendant The Kroger Co. ("Kroger") respectfully moves for an Order allowing the withdrawal of Frederick Robinson and Andrew Y. Lu as counsel for Kroger in this case. All other counsel of record will continue to serve as counsel for Kroger in this case.

Dated: November 5, 2026

Respectfully submitted,

/s/ *Robert N. Webner*

Robert N. Webner (BPR #0029984)
(rnwebner@vorys.com)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 464-6350

Nathaniel Lampley, Jr. (BPR #0041543)
(nlampley@vorys.com) (trial attorney)
VORYS, SATER, SEYMOUR AND PEASE LLP
Atrium Two, Suite 2000 221 East Fourth Street
Cincinnati, OH 45202
Telephone: (513) 723-4000
Facsimile: (513) 852-7869

Selina Coleman (*pro hac vice*)
(scoleman@reedsmith.com)
Jessica Christensen (*pro hac vice*)
(jchristensen@reedsmith.com)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
Telephone: (202) 414-9200
Facsimile: (202) 414-9299

Michael S. Leib (*pro hac vice)*
(mleib@reedsmith.com)
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

This certifies that all counsel of record were served via the Electronic Case Filing ("ECF") System on November 5, 2026.

*/s/ Robert N. Webner*
Robert N. Webner (BPR #0029984)